UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                            Case No: 8:18-mc-83-T-35CPT

KEVIN HINES, d/b/a ULTIMATE
ULTRASOUNDS OF FLORIDA,

    Respondent.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on August 14, 2019 (Doc. 32). In the Report and Recommendation, Magistrate Judge Tuite recommends: 1. The Government's Petition to Enforce a Civil Investigative Demand and Subpoena Duces Tecum (Doc. 1) be granted; 2. The Subpoena be enforced as issued, and Hines be directed to comply as provided therein within thirty (30) days of the Court's Order granting the Petition; 3. The CID be enforced as issued, and Hines be directed to comply as provided therein should the Government seek to take additional testimony from him after receiving and reviewing information responsive to the Subpoena; and 4. The Government's Motion to Hold Respondent Kevin Hines in Contempt (Doc. 31) be denied without prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 32) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Government's Petition to Enforce a Civil Investigative Demand and Subpoena Duces Tecum (Doc. 1) is GRANTED.

(3) The Subpoena is enforced as issued. Kevin Hines is directed to comply with the Subpoena, as provided therein, on or before October 18, 2019.

(4) The CID is enforced as issued. Kevin Hines is directed to comply with the CID, as provided therein, should the Government seek to take additional testimony from him after receiving and reviewing information responsive to the Subpoena.

(5) The Government's Motion to Hold Respondent Kevin Hines in Contempt (Doc. 31) is DENIED without prejudice.

**DONE AND ORDERED** at Tampa, Florida on September 18, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record